**KAZEROUNI LAW GROUP APC**
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
Gustavo Ponce, Esq. (SBN: 343430)
gustavo@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
AC Antonio Chavez Moses III

KAZEROUNI LAW GROUP, APC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AC ANTONIO CHAVEZ MOSES III, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN INC,<br><br>Defendants. | Case No.: 5:26-cv-00048-KK-DTB<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT SUNRUN INC.** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Please take notice that Plaintiff AC Antonio Chavez Moses III ("Plaintiff") and Defendant Sunrun Inc. ("Sunrun") (collectively, the "Parties") have reached a settlement in principle in the above-captioned action. The Parties request sixty (60) days to finalize the settlement and anticipate the filing of Stipulation of Dismissal as to Plaintiff's claims against Sunrun *with prejudice,* or alternatively a status report, within sixty (60) days of the date of this notice.

Thus, the Parties respectfully request that all pending deadlines and hearing dates regarding Plaintiff and Sunrun only be vacated in light of the Parties' settlement.

Dated: April 23, 2026

**KAZEROUNI LAW GROUP, APC**

By: */s/ Gustavo Ponce*
Abbas Kazerounian
David J. McGlothin
Mona Amini
Gustavo Ponce
*Attorneys for Plaintiffs*



KAZEROUNI LAW GROUP, APC

KAZEROUNI LAW GROUP, APC

**CERTIFICATE OF SERVICE**

A copy of the foregoing *NOTICE OF SETTLEMENT WITH DEFENDANT SUNRUN INC. has* been filed on April 23, 2026 through the Court's electronic filing system. All parties may access the foregoing via the Court electronic filing system.

*/s/ Gustavo Ponce, Esq.*
Gustavo Ponce, Esq.

KAZEROUNI LAW GROUP, APC

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, California 92626. On April 23, 2026, I served the within document(s):

- **NOTICE OF SETTLEMENT**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on April 23, 2026, at Las Vegas, Nevada.

*s/ Gustavo Ponce*
Gustavo Ponce, Esq.