**KAZEROUNI LAW GROUP, APC**
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
Gustavo Ponce, Esq. (SBN: 343430)
gustavo@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
AC Antonio Chavez Moses III

KAZEROUNI LAW GROUP, APC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

AC ANTONIO CHAVEZ MOSES III. on behalf of himself and those similarly situated,

Plaintiff,

v.

SUNRUN INC.,

Defendant.

Case No.: 5:26-cv-00048-KK-DTB

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)**

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE thay Plaintiff AC ANTONIO CHAVEZ MOSES III ("Plaintiff") hereby voluntarily dismisses the above-captioned case against Defendant SUNRUN INC. ("Defendant"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), *with prejudice* as to Plaintiff's individual claims only and *without prejudice* as to the putative class. Each party shall bear its own attorney's fees and costs.

Dated: July 17, 2026

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: *__/s/ Mona Amini__*
David J. McGlothlin, Esq.
Mona Amini, Esq.
Gustavo Ponce, Esq.
*Attorneys for Plaintiff*

KAZEROUNI LAW GROUP, APC

KAZEROUNI LAW GROUP, APC

# CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2026, I caused the foregoing to be filed electronically using the Court's electronic case filing (ECF) system, which will automatically send a notice of electronic filing to the email addresses of all counsel of record.

*/s/ Mona Amini*
Mona Amini, Esq.